IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, f/k/a THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS, and THE TRAVELERS INDEMNITY COMPANY, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL NO.  05-597-GPM ) |
| ADVANCED DATA COMMUNICATIONS, INC., and GUARANTEE ELECTRICAL CONSTRUCTION COMPANY, | ) ) ) ) ) |
| Defendants. | ) |

## JUDGMENT

**DECISION BY THE COURT:**

The Court having been advised by counsel for Plaintiffs and Defendants that this action has been settled in its entirety,

**IT IS ORDERED AND ADJUDGED** that, as all matters have been settled between the parties, this action is **DISMISSED with prejudice** pursuant to Order filed February 17, 2006, each party to bear their own costs.

Dated: May 2, 2006

NORBERT G. JAWORKSI, Clerk of Court

By:  s/ Linda M. Cook
         Deputy Clerk

Approved by:

  s/ G. Patrick Murphy
**G. PATRICK MURPHY**
**CHIEF, UNITED STATES DISTRICT JUDGE**